# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALKEET SINGH**, | CIVIL ACTION NO. 1:11-CV-1526 |
| Petitioner | (Judge Conner) |
| v. | |
| **ERIC HOLDER**, *et al.*, | |
| Respondent | |

## ORDER

AND NOW, this 22nd day of September, 2011, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, in which petitioner seeks to be released from the custody of the Bureau of Immigration and Customs Enforcement ("ICE") pending his removal from the United States, and it appearing from respondents' response (Doc. 8) that petitioner was released from ICE custody on September 16, 2011 (Doc. 8, at 3), on an order of supervision (Doc. 8-1, at 11-12), thereby rendering the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v. Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants the federal courts the power to adjudicate only actual, ongoing cases or controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the merit of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."), it is hereby ORDERED that:

1.  The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2.  The Clerk of Court is directed to CLOSE this case.


   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge